UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **Lindy Tidwell,** | ) Civil Action No.:  2:18-cv-00813-DCN |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **National Credit Adjusters, L.L.C.,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Comes now the Plaintiff, Lindy Tidwell, by and through the undersigned counsel of record, and hereby files this Notice of Dismissal.  As grounds therefore, the Plaintiff states as follows:

1. The Plaintiff's Complaint was filed on March 26, 2018.

2. Defendant National Credit Adjusters, L.L.C. did not file an Answer.

3. On April 27, 2018, the Clerk's Entry of Default was entered.

4. The Plaintiff and Defendant have resolved all pending claims.

5. Pursuant to FRCP 41(a)(1)(i), the Plaintiff files this Notice of Dismissal with the intention of dismissing all claims in this action, with prejudice.

*/s/ Penny Hays Cauley*
Penny Hays Cauley, Fed ID No 10323
William K. Geddings, Fed ID No 12584
Attorneys for Plaintiff

**OF COUNSEL:**
HAYS CAULEY, P.C.
1303 West Evans Street
Florence, SC 29501
(843) 665-1717
(843) 665-1718 Facsimile
phc917@hayscauley.com
will@hayscauley.com